**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

13 JUN -4 PM 3:54

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CHRISTOPHER WILLIAM PIKE (1),<br><br>                    Defendant. | CASE NO. **13CR0978-JLS**<br><br>**JUDGMENT OF DISMISSAL**<br><br>DEPUTY |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

    18 USC §2252(a)(2) - Distribution of images of minors engaged in sexually explicit conduct.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 31, 2013

Janis L. Sammartino
U.S. District Judge